Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Nicholas Wolfram
Assistant Federal Public Defender
Nevada State Bar No. 16653
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nicholas_Wolfram@fd.org

*Attorney for Petitioner Roberto Carlos Flores Beltran

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Roberto Carlos Flores Beltran,

Petitioner,

v.

John Mattos, *et al.*,

Respondents.

Case No. 2:26-cv-02440-APG-MDC

**ORDER GRANTING**

**Motion to Dismiss the Petition as Moot**

On August 25, 2026, Assistant United States Attorney Tamer Botros informed undersigned counsel that petitioner Roberto Carlos Flores Beltran was released on bond on August 21, 2026. AUSA Botros provided undersigned counsel with a Form I-830 memorializing Mr. Flores Beltran's release. Exhibit 1 – Form I-830.

/ / /

/ / /

/ / /

/ / /

/ / /

Mr. Flores Beltran accordingly requests the Court dismiss the petition as moot.

Dated September 16, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*s/ Nicholas Wolfram*
Nicholas Wolfram
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: September 17, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE